by bringing his action for the money which he had paid, this was a rescission of the contract of sale, and the defendant became liable for the money which plaintiff had paid him; and the claim was subject to a set-off for the value of the hire or rent of the furniture. A like result would be reached from the testimony of either side.

Judgment affirmed.

September 25, 1883.

BLANDFORD, Justice.

[This writ of *certiorari* was dismissed by the court, on the ground that appeal to a jury was the proper remedy to correct the errors of the justice who tried the case.]

---

THE GEORGIA RAILROAD *et al.* *vs.* SMITH *et al.*, Rairoad Commissioners, *et al.*

The judgment of this court in this case, at the last term, on the application for injunction, controls the present case.

Judgment affirmed.

February 9, 1884.

[In 70 *Ga.*, 694, this case was before the Supreme Court on the refusal of an injunction. When it was returned to the court below, the bill was dismissed on demurrer, and complainants excepted.]

---

PROTHRO *vs.* GRUBBS & CAMP.

71b 863
108 411

Where a person was employed to labor on a farm at a stipulated price for six months, but, by the terms of his contract, he could call, at any time during his service, for such portion of his earnings as he might require to supply his necessities, his wages were not subject to garnishment. Code, §3551; 25 *Ga.*, 571, 625; 51 *Id.*, 576; 46 *Id.*, 466-8; 54 *Id.*, 108.

Judgment reversed.

November 6, 1883.

HALL, Justice.